UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN T. FITZGERALD,

                        Plaintiff,

     vs                                                      6:02-CV-1000

JoANNE B. BARNHART, Commissioner of
Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| AMDURSKY, PELKY, FENNELL<br>  & WALLEN, P.C.<br>Attorney for Plaintiff<br>26 East Oneida Street<br>Oswego, New York 13126 | GREGORY R. GILBERT, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>  Northern District of New York<br>Attorney for Defendant<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York 13261-5165 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff commenced this action in August 2002. By Report-Recommendation dated May 12, 2006, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the Commissioner's decision denying disability benefits be reversed and this action be remanded to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g). No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   October 12, 2006
            Utica, New York.